Cynthia Z. Levin, Esq. (SBN 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumers.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> vs. <br><br> MEDICAL GUARDIAN, LLC, <br> Defendant. | ) Case No. **2:17-cv-05462-TJS** <br> ) <br> ) **NOTICE OF VOLUNTARY** <br> ) **DISMISSAL OF ACTION** <br> ) **WITHOUT PREJUDICE** <br> ) <br> ) <br> ) <br> ) <br> ) |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 9th Day of February, 2018,

By: s/Cynthia Z. Levin, Esq.
CYNTHIA Z. LEVIN
Attorney for Plaintiff

Filed electronically on this 9th Day of February, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

HON. TIMOTHY SAVAGE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF PENNSYLVANIA

And all Counsel of Record on ECF.

This 9th Day of February, 2018.

<u>s/Cynthia Z. Levin, Esq.</u>
CYNTHIA Z. LEVIN